UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**                                  Case No. 10-cr-33-PB

**Adam Brake**

**O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for August 17, 2010, citing the need for additional time to negotiate a plea agreement. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from August 17, 2010 to October 5, 2010. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

August 13, 2010

cc: Jessica Brown, Esq.
    Jennifer Cole Davis, AUSA
    United States Probation
    United States Marshal